1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEILA M. CRAIG, | ) NO. CV 05-3711-E |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

Upon remand from the United States Court of Appeals for the Ninth Circuit, IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion of the United States Court of Appeals for the Ninth Circuit, filed March 11, 2008.

DATED: May 6, 2008.

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE