1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
4  Tel.: (562) 868-5886
   Fax: (562) 868-5491
5  E-mail: rohlfing_office@msn.com

6  Attorneys for Plaintiff

7

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SHEILA M. CRAIG,                    ) Case No.: CV 05-3711 E
                                        )
12            Plaintiff,                ) [~~PROPOSED~~] ORDER AWARDING
                                        ) EQUAL ACCESS TO JUSTICE ACT
13       vs.                            ) ATTORNEY FEES PURSUANT TO
    MICHAEL J. ASTRUE,                  ) 28 U.S.C. § 2412(d)
14  Commissioner of Social Security,    )
                                        )
15                                      )
                                        )
16            Defendant.                )
    _____)

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20  Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of

21  rights, the amount of eight thousand five hundred dollars and no cents ($8,500.00),

22  as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

23  Stipulation.

24  DATE: 7/22/08

25  THE HONORABLE CHARLES F. EICK
    UNITED STATES MAGISTRATE JUDGE

26

-1-